941 A.2d 1255

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Patrick H. OTTERSON, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 28, 2007.

## ORDER

PER CURIAM.

AND NOW, this 28th day of December, the Petition for Allowance of Appeal is hereby **GRANTED,** the Order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court for consideration in light of *Commonwealth v. Torres,* 564 Pa. 86, 764 A.2d 532 (2001).